IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**LEO JAMES CHRISTIAN,**

        Plaintiff,

    v.

**OREGON DEPARTMENT OF CORRECTIONS DIRECTOR, et al.,**

        Defendants.

No. 2:13-cv-00435-HU

OPINION AND ORDER

**MOSMAN, J.**,

On October 7, 2014, Magistrate Judge Hubel issued his Findings and Recommendation [44], recommending that (1) Defendants' Motion for Summary Judgment [27] be GRANTED, (2) declining to exercise supplemental jurisdiction over Plaintiff's claim under Article I, Section 16 of the Oregon Constitution, and (3) dismissing this action. No objections to the Findings and Recommendation were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, *de novo* or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Hubel's recommendation and I ADOPT the F&R [44] as my own opinion.

IT IS SO ORDERED.

DATED this   25th   day of November, 2014.

/s/ Michael W. Mosman\_\_\_\_
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER